Commonwealth *v.* Coades, Appellant.

Before deFURIA, J.

Submitted June 10, 1974. *David E. Auerbach,* Assistant Public Defender, for appellant; *John G. Siegle* and *Ralph B. D'Iorio,* Assistant District Attorneys, and

*Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.